**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **DOMINIQUE LAWAUN JENKINS, 1224400,** ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:07-CV-988-O |
| ) | ECF |
| **NATHANIEL QUARTERMAN,** ) | |
| Director TDCJ-CID, ) | |
|     Respondent. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED** on this **6th** day of **August, 2009**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**